

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARGARET KATHLEEN YEANDLE, | § | No. 08-23-00042-CV |
| Appellant, | § | Appeal from the |
| v. | § | 201st Judicial District Court |
| MATTHEW YEANDLE, | § | of Travis County, Texas |
| Appellee. | § | Cause No. D-1-FM-20-004338 |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.